UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-790 (MJD/JGL)

GENNADIY BALANDIN,

Plaintiff,

v.

**PRETRIAL ORDER**

JAMES EDWARD EAGLE, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is four to five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to October 1, 2001;

3. Disclosure of expert witnesses shall be reserved until resolution of the qualified immunity issue;

4. The period during which the parties may seek non-expert discovery shall be completed by June 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to June 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to September 1, 2002; and

7. This case will be considered "ready for trial" as of November 1, 2002.

DATED: August 15, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed AUG 15 2001
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________