UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gennadiy Balandin,

Plaintiff,

vs

James Edward Eagle, in his individual capacity as an officer of the Apple Valley Police Department, and the City of Apple Valley,

Defendants.

Court File No: 01-790 MJD/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED**, by and between the plaintiff, through his attorney, and by the Defendants, James Edward Eagle, in his individual capacity as an officer of the Apple Valley Police Department and the City of Apple Valley, through their attorney, that the plaintiff's claims in their entirety against the Defendant City of Apple Valley are hereby dismissed with prejudice and without costs, disbursements or attorney's fees arising out of this litigation to be awarded to either party.

DATED: 9-5-02

FLYNN, GASKINS & BENNETT

By: [signature]

Robert Bennett (#6713)
Attorneys for Plaintiff
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500

FILED 9-23-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Balandin v. Eagle, et al, Civil No.: 01-790 (MJD/JGL)

DATED: 9-11-02

JARDINE, LOGAN & O'BRIEN, P.L.L.P.

By: ______________________
Pierre N. Regnier (#90232)
Joseph E. Flynn (#165712)
Attorneys for Defendants
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042
(651) 290-6500

ORDER

Pursuant to the above stipulation, **IT IS HEREBY ORDERED**:

1. That the plaintiff's claims against Defendant the City of Apple Valley are hereby dismissed in their entirety and with prejudice and without costs, disbursements or attorney's fees arising out of this action to any of the parties.

2. That the caption of this matter shall be amended as follows:

*Gennadiy Balandin, Plaintiff vs. James Edward Eagle, in his individual capacity as an officer of the Apple Valley Police Department., Defendant*

Dated: 9-20-02

BY THE COURT:

______________________
MICHAEL J. DAVIS
Judge of United States District Court